[No. 4626.]
## PAUL WEBBER v. THE CALIFORNIA AND OREGON RAILROAD COMPANY.

SALE OF LAND BOUNDED ON A STREET.—A deed which describes the land conveyed as bounded by, upon, or along a street, conveys the land to the center of the street.

APPEAL from the District Court, Tenth Judicial District, County of Yuba.

The plaintiff owned a lot of land in the city of Marysville, upon which he had erected a wagon-shop, in which he was carrying on business. The title deeds under which he held the lot, described it as bounded by, upon or along Fourth street on the north, and A street on the east. The defendant appropriated the greater part of the bed of the streets in front of the lot, by constructing thereon a high embankment, upon which it laid a railroad. This action was brought to recover damages. The plaintiff had judgment, and the defendant appealed.

*W. C. Belcher*, for Appellant.

*P. Vanclief and G. N. Swezy*, for Respondent.

By the COURT:

The deeds from Buchanan to Said & Bodley, conveyed the lands to the center of the street. (*Moody* v. *Palmer*, 50 Cal. 31.)

All other questions have been expressly waived by counsel.

Judgment affirmed.